Louis F. Gillespie, Successor Receiver of Hancock County Mutual Life Association, Appellant, v. F. J. Reu et al., Appellees.

Gen. No. 9,611.

opinion filed February 28, 1949; rehearing denied May 3, 1949; released for publication May 4, 1949. J. Edward Jones, for appellant; John W. Williams and Clifton J. O'Harra, for appellees. Opinion by JUSTICE WHEAT. Not to be published in full.

Louis F. Gillespie, Receiver of Hancock County Mutual Life Association, Appellant, v. F. J. Reu, Appellee.

Gen. No. 9,612.

opinion filed February 28, 1949; rehearing denied May 3, 1949; released for publication May 4, 1949. J. Edward Jones, for appellant; John W. Williams and Clifton J. O'Harra, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.